THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MERRITT HAWKINS<br>& ASSOCIATES, LLC,<br><br>　　Plaintiff,<br>v.<br><br>LARRY SCOTT GRESHAM,<br>BILLY BOWDEN, AND<br>CONSILIUM STAFFING, LLC,<br><br>　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.<br>13-CV-00312-P |

_____

**DEFENDANTS GRESHAM AND BOWDEN'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**
_____

TO THE HONORABLE COURT:

　　Pursuant to Local Rule 56.4, Defendants Larry Scott Gresham ("Gresham") and Billy Bowden ("Bowden") (collectively, "Defendants") file their Response in Opposition to Plaintiff's Motion for Partial Summary Judgment [docket nos. 61, 62, and 63], which is supported by Defendants' concurrently-filed brief, appendix, and objection to and motion to strike MHA's summary judgment evidence.

　　Each of the matters required by Local Rule 56.4(a) is set forth in the brief filed in support of this response. For the reasons set forth in their brief, Defendants respectfully request that this Court deny Plaintiff's motion for summary judgment in its entirety. Defendants further request any such other and further relief, whether at law or in equity, to which they may be justly entitled.

Date:  August 1, 2014                    Respectfully submitted,

                                              */s/ John Volney*
                                              Jeffrey M. Tillotson, P.C. (jmt@lynnllp.com)
                                              Texas Bar No. 20039200
                                              John Volney (jvolney@lynnllp.com)
                                              Texas Bar No. 24003118
                                              **LYNN TILLOTSON PINKER & COX, L.L.P.**
                                              2100 Ross Avenue, Suite 2700
                                              Dallas, Texas  75201
                                              (214) 981-3800 Telephone
                                              (214) 981-3839 Facsimile

                                              **ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served as shown below on counsel of record on August 1, 2014:

    *Via ECF*
    Brian A. Colao (bcolao@dykema.com)
    Christine A. Nowak (CNowak@dykema.com)
    Zachary Q. Hoard (zhoard@dykema.com)
    DYKEMA GOSSET PLLC
    Comerica Bank Tower
    1717 Main Street, Suite 4000
    Dallas, Texas  75201
    (214) 462-6400 Telephone
    (214) 462-6401 Facsimile


                                              */s/ John Volney*
                                              John Volney