IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MERRITT HAWKINS & ASSOCIATES, LLC, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | No. 3:13-CV-0312-P |
| LARRY SCOTT GRESHAM, BILLY BOWDEN, AND CONSILIUM STAFFING, LLC, | § § § § § | |
| Defendants. | § | |

**AMENDED FINAL JUDGMENT**

Pursuant to this Court's Order of January 13, 2015, (doc. 130); the jury verdict of January 27, 2015, (doc. 165); and this Court's Orders of August 13, 2015, (doc. 190), and February 25, 2016, (doc. 194), the Court issues judgment as follows:

1. Merritt Hawkins & Associates is awarded damages in the amount of $50,000.00 against Defendant Larry Scott Gresham.

2. Plaintiff is awarded damages in the amount of $30,000.00 and exemplary damages in the amount of $124,000.00 against Defendant Consilium Staffing, Inc.

3. Plaintiff is awarded pre-judgment interest accruing in the amount of 5.00% from January 24, 2013, to January 30, 2015, the date of the original judgment. And Plaintiff is entitled to post-judgment interest at the applicable federal rate as provided by 28 U.S.C. § 1961(a) from January 31, 2015, until judgment is satisfied.

4. The parties are awarded attorneys' fees in the amount of $109,553.95, as set out in the Orders of August 13, 2015, and February 25, 2016.

5. Plaintiff is awarded costs of court in the amount of $9,261.99, as set out in the Order of February 25, 2016.

**SIGNED this 16th day of March, 2016.**

_____
**JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE**